IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MIKE MORGAN,** | 1: 04 CIV F 5684 AWI DLB P |
| **Plaintiff,** | **ORDER**<br>Document #20 |
| v. | |
| **AL HERRERA, et al.** | |

FOR GOOD CAUSE SHOWN, defendants are hereby granted an extension of time, to and including June 27, 2005, to respond to plaintiff's request for production of documents in this matter.

IT IS SO ORDERED.

**Dated:   May 31, 2005**          /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

[Place Document Title Here]

1