UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>    Plaintiff,<br><br> v.<br><br>AL HERRERA, et al.,<br><br>    Defendants. | CV F- 04-5684 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES<br>[DOC 19] |

  Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On May 19, 2005, plaintiff filed a motion to strike certain affirmative defenses contained in defendant's answer to the amended complaint filed on March 8, 2005. Pursuant to Federal Rule of Civil Procedure 12(f), plaintiff seeks to strike defendant's affirmative defenses related to exhaustion of administrative remedies and statute of limitations as insufficient. Plaintiff argues that he exhausted all administrative remedies prior to filing this lawsuit and that he filed the action within the statute of limitations referenced by defendant.

  Federal Rule of Civil Procedure 12(f) provides that a party may move to strike any "insufficient defense or any redundant, immaterial, impertinent or scandalous matter." Fed.R.Civ.P.

1   12(f). Rule 12(f) motions are proper when a defense is insufficient as a matter of law. *Bianchi v.*
2   *State Farm Fire and Cas. Co.*, 120 F.Supp.2d 837, 841, *citing Kaiser Aluminum & Chemical Sales,*
3   *Inc. V. Avondale Shipyards*, Inc., 677 F.2d 1045, 1057 (5th Cir. 1982).
4       While the challenged affirmative defenses may not ultimately provide a defense to plaintiff's
5   claims, they are not insufficient as a matter of law. The determination of whether plaintiff exhausted
6   all available administrative remedies and whether the action was filed within the applicable statute of
7   limitations period requires reference to matters outside the pleadings. These issues are not properly
8   resolved in a motion to strike. Plaintiff may challenge these defenses, if necessary, in a motion for
9   summary judgment. Plaintiff's motion is therefore DENIED.
10      IT IS SO ORDERED.
11      **Dated:   September 29, 2005**              **/s/ Dennis L. Beck**
    3b142a                                    UNITED STATES MAGISTRATE JUDGE