1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  ALVIN GITTISRIBOONGUL, State Bar No. 170296
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 323-1997
8    Fax:  (916) 324-5205

9  Attorneys for Defendants Herrera, Jr.
   SA2005100497
10

11                IN THE UNITED STATES DISTRICT COURT

12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13                           FRESNO DIVISION

14 
   | **MIKE MORGAN,** | CASE NO. CIV-F-04-5684 AWI DLB P |
15 |                  |                                  |
   |       Plaintiff, | **ORDER PERMITTING DEFENDANT**   |
16 |                  | **TO TAKE PLAINTIFF'S DEPOSITION** |
   | v.               |                                  |
17 |                  |                                  |
   | **AL HERRERA, et al.,** |                           |
18 |                  |                                  |
   |       Defendants.|                                  |
19

20     The Court having considered Defendant's request for leave to take Plaintiff's

21 deposition after the discovery deadline, finds good cause exist to permit Defendant to take

22 Plaintiff's deposition in this action.  Defendant shall have until the close of business on

23 November 17, 2005 to take Plaintiff's deposition.

24     IT IS SO ORDERED.
   04pc5684.ext.morgan.dep.wpd
25
       **Dated:   November 7, 2005**              **/s/ Dennis L. Beck**
26 3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

27

28

   [PROPOSED] ORDER PERMITTING DEFENDANT TO TAKE PLAINTIFF'S DEPOSITION
                                      1