1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

12   MIKE MORGAN,                    )       CV F- 04-5684 AWI DLB P

13                    Plaintiff,       )

14        v.                      )

15   AL HERRERA,               )

16                    Defendant.    )

The caption block at right reads:

)
)
)
)  ORDER GRANTING PLAINTIFF'S
)  MOTION FOR SUMMARY
)  ADJUDICATION OF THE ISSUES OF
)  EXHAUSTION OF
)  ADMINISTRATIVE REMEDIES AND
)  STATUE OF LIMITATIONS
)  [Docs. 25, 27]

17

18        Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action

19 pursuant to 42 U.S.C. section 1983.  Plaintiff has moved for summary adjudication of the affirmative

20 defenses of exhaustion of administrative remedies and statute of limitations raised by Defendant in

21 his answer.  On November 23, 2005, Defendant filed a notice of non-opposition to Plaintiff's motion

22 indicating that he raised the affirmative defenses in his answer out of an abundance of caution and

23 now agrees to withdraw these affirmative defenses.

24        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary adjudication is

25 granted and plaintiff is granted judgment as a matter of law on the following affirmative defenses:

26           1.      Failure to exhaust administrative remedies before filing suit:

27           2.      Failure to file a timely claim under relevant provisions of the California Code

28                of Civil Procedure including Sections 340, *et. seq.*; and

1         3.     Failure to comply with the California claim filing requirement.

2

3 IT IS SO ORDERED.

4 **Dated:**   **September 26, 2006**          **/s/ Anthony W. Ishii**
  0m8i78                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California